UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY COLE and ANNIE
SHIELDS, on behalf of themselves
and all others similarly situated,

       Plaintiffs,

v.

MARATHON OIL CORPORATION,
MARATHON PETROLEUM
CORPORATION and MARATHON
PETROLEUM COMPANY LP,

       Defendants.

Case No. 2:16-cv-10642

Hon: Sean F. Cox

**STIPULATED ORDER TO DISMISS WITHOUT PREJUDICE
MARATHON OIL CORPORATION AND MARATHON PETROLEUM
<u>CORPORATION AND AMEND THE CAPTION</u>**

This matter having come before the Court on the parties' stipulation and the Court being fully advised,

IT IS HEREBY ORDERED that, based on the representations in the June 14, 2016 Pfleiderer and June 13, 2016 Watts affidavits, Plaintiffs' claims as to Defendants Marathon Oil Corporation and Marathon Petroleum Corporation only are DISMISSED without prejudice and without costs to any party; and

IT IS FURTHER ORDERED that the caption of this matter shall be amended to omit Marathon Oil Corporation and Marathon Petroleum Corporation as Defendants.

IT IS SO ORDERED.

Dated: April 6, 2018

s/Sean F. Cox
Honorable Sean F. Cox
United States District Judge

**STIPULATED AS TO FORM AND CONTENT:**

/s/ Steven J. German
Steven J. German

**GERMAN RUBENSTEIN LLP**
19 West 44th Street, Suite 1500
New York, NY 10036
(212) 704-2020
*Attorneys for Plaintiff*

/s/ Amy M. Johnston (with permission)
Amy M. Johnston (P51272)
Michael C. Simoni (P70042)

**MILLER CANFIELD**
150 W. Jefferson Avenue, Ste. 2500
Detroit, MI 48226-4415
(313) 963-6420
*Attorneys for Defendants*

26820401.3\128706-00102