UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Gregory Cole, et al.,

                Plaintiff(s),

v.                                        Case No. 2:16−cv−10642−SFC−APP
                                                  Hon. Sean F. Cox

Marathon Oil Corporation, et al.,

                Defendant(s),

**NOTICE TO APPEAR**

    You are hereby notified to appear before District Judge Sean F. Cox at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 829, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE:  June 4, 2019 at 03:00 PM

**Certificate of Service**

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                By: s/J. McCoy
                                                     Case Manager

Dated:   August 10, 2018