UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY COLE and ANNIE
SHIELDS, on behalf of themselves
And all others similarly situated,

        Plaintiffs,        Case No. 2:16-cv-10642

V.        Hon. Sean F. Cox

MARATHON PETROLEUM COMPANY LP,

        Defendant.
_____

## STIPULATED ORDER FOR STAY OF PROCEEDINGS

This matter, having come before the Court on the parties' stipulation, and the Court being fully advised in its premises:

**IT IS HEREBY ORDERED** that all proceedings in this case shall be stayed for a period of fourteen (14) days from the date of this Order while the parties negotiate a stipulated order of dismissal. If the parties do not submit a stipulated order of dismissal within fourteen (14) days of the date of the Order, the stay of proceedings will be lifted. The parties shall exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a) and commence class discovery seven (7) days after the stay of proceedings is lifted. All other dates set forth in the Initial Scheduling Order (ECF 65) shall remain unchanged.

2

IT IS SO ORDERED.

Dated: October 18, 2018

s/Sean F. Cox
Sean F. Cox
U. S. District Judge

**STIPULATED AS TO FORM AND CONTENT:**

/s/Alyson Oliver (With Consent)
Alyson Oliver (P55020)
**OLIVER LAW GROUP P.C.**
1647 W. Big Beaver Rd.
Troy, MI 48084
(248) 327-6556
*Attorneys for Plaintiffs*

/s/Amy M. Johnston
Amy M. Johnston (P51272)
**MILLER CANFIELD**
150 W. Jefferson Avenue, Ste. 2500
Detroit, MI 48226-4415
(313) 963-6420
*Attorneys for Defendant*

32234692.3\128706-00102