**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

GREGORY COLE and ANNIE
SHIELDS, on behalf of themselves
And all others similarly situated,

               Plaintiffs,               Case No. 2:16-cv-10642

V.               Hon. Sean F. Cox

MARATHON PETROLEUM COMPANY LP,

               Defendant.
_____

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

This matter, having come before the Court on the parties' stipulation, and the Court being fully advised in its premises:

**IT IS HEREBY ORDERED** that any and all claims by Plaintiffs against Defendant in this action are dismissed with prejudice and without costs or fees to any party.

IT IS SO ORDERED.

Dated: November 9, 2018               s/Sean F. Cox
                                          Honorable Sean F. Cox
                                          United States District Judge

**STIPULATED AS TO FORM AND CONTENT:**

| | |
|---|---|
| /s/Alyson Oliver (w/consent) | /s/Amy M. Johnston |
| Alyson Oliver (P55020) | Amy M. Johnston (P51272) |
| **OLIVER LAW GROUP P.C.** | **MILLER CANFIELD** |
| 1647 W. Big Beaver Rd. | 150 W. Jefferson Avenue, Ste. 2500 |
| Troy, MI 48084 | Detroit, MI 48226-4415 |
| (248) 327-6556 | (313) 963-6420 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

32309446.1\128706-00102